Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Z.R. et al,<br><br>Plaintiffs,<br>v.<br><br>DANIELLE LEHMAN, et al.,<br><br>Defendants. | Case No. 2:26-CV-02915-BJR<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulated motion, asking the Court to extend the deadline for Defendants to file an Answer or other response to Plaintiffs' Complaint to December 21, 2026. Good cause supports this motion.

Plaintiffs filed the Complaint on August 17, 2026, and served the U.S. Attorney's Office with the Summons and Complaint on August 22, 2026, making the Answer due October 21, 2026. Defendants have scheduled an asylum interview with Plaintiff B.A. and B.A.'s dependent family members on October 20, 2026. Defendants have also scheduled an asylum interview with Plaintiff Z.R. and Z.R.'s dependent family members on November 3, 2026, after which Defendants will need time to complete any necessary background and security checks before adjudicating the Asylum applications.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendants acknowledge receipt of Plaintiffs' supplemental evidence packets in the above cases, which were received by Defendants on September 11, 2026 Plaintiffs acknowledge that any additional documents or evidence must be submitted and received by USCIS no later than 14 days prior to the agreed upon scheduled interviews. Plaintiffs recognize that failure to submit any additional documents timely may result in the interview being rescheduled at no fault of USCIS.Plaintiffs also acknowledge that if needed, they will bring their own interpreters to the asylum interview and failure to do so may result in the interviews being rescheduled at no fault of USCIS. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.

As such, the Parties stipulate to extend the time for Defendants to file an Answer or other response to the Complaint to December 21, 2026.

**SO STIPULATED.**

DATED October 2, 2026.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted,

*s/ Kyle A. Forsyth*
Kyle. A. Forsyth, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 253 words, in compliance with the Local Civil Rules.

s/ *Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA No. 33995
20415 72nd Ave S., Ste 400
Kent, WA 98032
Tel. (206) 962-5052
Fax (206) 681-9663
Em. devin@opensky.law

*Counsel for Plaintiffs*

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by December 21, 2026.

DATED this 5th day of October 2026.

Barbara J Rothstein

HON. BARBARA J. ROTHSTEIN
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970