*Honorable Barbara J. Rothstein*

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B. A., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>Danielle Lehman, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02915-BJR<br>Order Granting Stipulated Motion for Stay of Proceedings |

**STIPULATED MOTION**

Plaintiffs and Defendants hereby stipulate as follows:

1. Defendants completed the asylum interview for B.A. on October 20, 2026.

2. Defendants have scheduled Z.R.'s asylum interview for November 3, 2026.

3. The Court issued an order (Doc. 8) extending the time for the Defendants to answer the complaint to December 21, 2026.

4. The Court issued an order setting various deadlines in this matter (Doc. 9), but the parties believe that there is a high likelihood that this matter will be resolved without the need for further action by the Court.



OpenSkyLaw
20415 72 Ave S, Suite 400 | Kent, WA 98032
Tel. (206) 962-5052 | Fax (206) 681-9663
opensky.law

5. Therefore, the Parties stipulate and agree that the matter should be stayed and that currently-pending deadlines should be stricken to give the Defendants time to consider the matters and reach a timely decision.

I certify that this memorandum contains 125 words, in compliance with the Local Civil Rules.

Respectfully submitted this 2nd day of November, 2026.

Respectfully submitted,

OPEN SKY LAW, PLLC

*/s/ Kyle Forsyth*
Kyle Forsyth, WSBA No. 34609
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorneys for Defendants*

*/s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA No. 33995
20415 72nd Ave S., Ste 400
Kent, WA 98032
Phone: 206-962-5052
Fax: 206-681-9663
Email: devin@opensky.law

*Attorney for Plaintiffs*

# ORDER

The parties, having stipulated and agreed, it is **ORDERED** that this matter is stayed pending further order of the Court and that the deadlines in Doc. 9 are stricken.

DATED this 2nd day of November, 2026.

Barbara J Rothstein

The Honorable Barbara J. Rothstein
United States District Judge

OpenSkyLaw
20415 72 Ave S, Suite 400 | Kent, WA 98032
Tel. (206) 962-5052 | Fax (206) 681-9663
opensky.law